# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DARNIAL CRAIG,

              Plaintiff,

v.

TREVOR KLEMMER,

              Defendant.

Case No. 17-CV-288-JPS

**SPECIAL VERDICT**

We, the jury, duly impaneled and sworn, for our special verdict in the above-entitled action, find as follows:

**Question No. 1:** (See Part II of the Jury Instructions, Section 1)

Did Trevor Klemmer use excessive force against Darnial Craig on September 24, 2016?

              Answer: __No__
                           (Yes or No)

**Question No. 2:** (See Part II of the Jury Instructions, Section 2.1)

*Note: Answer this question if, and only if, you answered "Yes" to Question No. 1.*

What sum of money, if any, will fairly and reasonably compensate Darnial Craig for harm he sustained as a result of Trevor Klemmer's use of excessive force?

              Answer: $_____
                          (Amount)

**Question No. 3:** (See Part II of the Jury Instructions, Section 2.2)

*Note: Answer this question if, and only if, you answered "Yes" to Question No. 1.*

Was the conduct of Trevor Klemmer malicious or in reckless disregard of Darnial Craig's rights?

Answer: _____
(Yes or No)

**Question No. 4:** (See Part II of the Jury Instructions, Section 2.2)

*Note: Answer this question if, and only if, you answered "Yes" to Question No. 3.*

What sum of money, if any, do you award against Trevor Klemmer as punitive damages?

Answer: $_____
(Amount)

Dated at Milwaukee, Wisconsin, this 7th day of May, 2018.

_John Ball_ _____
Foreperson